United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                                                Case No. 18-04343-HWV
Gregory B Edwards                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                  User: AutoDocke                                                          Page 1 of 2
Date Rcvd: Dec 09, 2021                          Form ID: trc                                                Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5118924 | Franklin Cnty Tax Claim Bur, 2 N Main Street, Chambersburg, PA 17201-1811 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021                                       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| Francis Thomas Tarlecki | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Gary J Imblum | on behalf of Debtor 1 Gregory B Edwards gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Peter E Meltzer | on behalf of Creditor OneMain Financial Group LLC bankruptcy@wglaw.com, ibernatski@wglaw.com |

| | |
|---|---|
| Raymond M Kempinski | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-04343-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Gregory B Edwards
1699 Wind Flower Road
Chambersburg PA 17202

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/09/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Franklin Cnty Tax Claim Bur, 2 N Main Street, Chambersburg, PA 17201-1811 | Lakeview Loan Servicing, LLC<br>c/o Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd, 5th Floor<br>Coral Gables, Florida 33146<br>Lakeview Loan Servicing, LLC<br>c/o Community Loan Servicing, LLC |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/11/21

Terrence S. Miller
**CLERK OF THE COURT**