IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GREGORY B. EDWARDS<br>aka GREGORY BRUCE EDWARDS<br>　Debtor | : CHAPTER 13<br>:<br>:<br>: |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>　Objectant | :<br>:<br>:<br>: |
| vs. | : CASE NO. 1:18-bk-04343-HWV<br>: |
| GARY J. IMBLUM, ESQUIRE<br>　Applicant | : OBJECTION TO APPLICATION<br>: FOR ATTORNEY FEES |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED that the attorney fees sought in the Seventh Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses is hereby SUBORDINATED and ADJUSTED AS FOLLOWS: