IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| GREGORY B. EDWARDS | : | CASE NO. 1-18-bk-04343-HWV |
| aka GREGORY BRUCE EDWARDS | : | |
| Debtor | : | CHAPTER 13 |

### ORDER OF COURT
### PERMITTING SEVENTH APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Seventh Application of Attorney for Chapter 13 Debtor for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtor in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $2,519.00 for fees and $39.02 for costs, for a net amount due of $2,558.02 for the time period of February 19, 2022 through February 9, 2023.

All of said fees shall be subordinated to the claims to be paid through the Plan to secured creditors. Further, the Trustee will not pay any of said fees to the extent they underfund the Plan unless fully funded by an Amended Plan.