United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-04343-HWV |
| Gregory B Edwards | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 08, 2024 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5514939 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 08 2024 18:48:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, c/o RightPath Servicing |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor LakeView Loan Servicing LLC nj-ecfmail@mwc-law.com |
| Ann E. Swartz | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| Christopher A DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com, cistewart@logs.com |
| Francis Thomas Tarlecki | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Gary J Imblum | on behalf of Debtor 1 Gregory B Edwards gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | |
|---|---|
| Mario J. Hanyon | on behalf of Creditor LakeView Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com |
| Matthew K. Fissel | on behalf of Creditor LakeView Loan Servicing LLC matthew.fissel@brockandscott.com, wbecf@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor LakeView Loan Servicing LLC mfarrington@kmllawgroup.com |
| Peter E Meltzer | on behalf of Creditor OneMain Financial Group LLC bankruptcy@wglaw.com, ibernatski@wglaw.com |
| Raymond M Kempinski | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-04343-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Gregory B Edwards
1699 Wind Flower Road
Chambersburg PA 17202

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/05/2024.

Name and Address of Alleged Transferor(s):

Claim No. 12: Nationstar Mortgage LLC, c/o RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, c/o RightPath Servicing

Name and Address of Transferee:

Lakeview Loan Servicing LLC
7515 Irvine Center Drive
Irvine, CA , 92618
Lakeview Loan Servicing LLC
7515 Irvine Center Drive
Irvine, CA , 92618

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/10/24

Terrence S. Miller
**CLERK OF THE COURT**