United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-04343-HWV |
| Gregory B Edwards | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 09, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

**Recip ID           Recipient Name and Address**
  +   Crystal Edwards, 1699 Wind Flower Road, Chambersburg, PA 17202-7263

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:**

**Name           Email Address**

Andrew M. Lubin
    on behalf of Creditor LakeView Loan Servicing LLC nj-ecfmail@mwc-law.com

Ann E. Swartz
    on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

Christopher A DeNardo
    on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com, cistewart@logs.com

Denise E. Carlon
    on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Francis Thomas Tarlecki
    on behalf of Creditor LakeView Loan Servicing LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

Gary J Imblum
    on behalf of Debtor 1 Gregory B Edwards gary.imblum@imblumlaw.com

| | |
|---|---|
| | gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor LakeView Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com |
| Matthew K. Fissel | on behalf of Creditor LakeView Loan Servicing LLC matthew.fissel@brockandscott.com, wbecf@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC tue67813@temple.edu |
| Peter E Meltzer | on behalf of Creditor OneMain Financial Group LLC bankruptcy@wglaw.com, ibernatski@wglaw.com |
| Raymond M Kempinski | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ryan Starks | on behalf of Creditor Lakeview Loan Servicing LLC ryan.starks@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg)

| | |
|---|---|
| IN RE:<br>GREGORY B EDWARDS AKA GREGORY BRUCE EDWARDS<br>    Debtor | Case No. 1:18-bk-04343-HWV<br><br>Chapter 13 |
| Lakeview Loan Servicing, LLC,<br>    Movant<br><br>vs.<br>GREGORY B EDWARDS AKA GREGORY BRUCE EDWARDS<br>    And<br>Crystal L Edwards, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. § 362 and § 1301 |

## ORDER

    Upon consideration of the Certificate of Default filed by Lakeview Loan Servicing, LLC ("Movant"), Doc. 118, it is

    **ORDERED** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law. It is further

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. § 362 and § 1301 Co-Debtor Relief is granted with respect to 1699 Wind Flower Road, Chambersburg, PA 17202 (herein after the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage. It is further

    **ORDERED** that the Trustee is directed to cease making any further distributions to the Movant.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 9, 2024