In re:  Case No. 18-04343-HWV

Gregory B Edwards  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: Sep 25, 2024      Form ID: ordsmiss      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Gregory B Edwards, 1699 Wind Flower Road, Chambersburg, PA 17202-7263 |
| 5118921 | + | Crystal Edwards, 1699 Wind Flower Road, Chambersburg, PA 17202-7263 |
| 5118924 | | Franklin Cnty Tax Claim Bur, 2 N Main Street, Chambersburg, PA 17201-1811 |
| 5608189 | + | Lakeview Loan Servicing LLC, 7515 Irvine Center Drive, Irvine, CA 92618-2930 |
| 5608190 | + | Lakeview Loan Servicing LLC, 7515 Irvine Center Drive, Irvine, CA , 92618, Lakeview Loan Servicing LLC, 7515 Irvine Center Drive Irvine, CA 92618-2930 |
| 5120524 | + | LoanCare, a Division of FNF Servicing, Inc. N.K.A., 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 5118927 | + | McCabe Weisberg & Conway PC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5118917 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 5118934 | | Travel Advantage Network, 311672 Old Mill Road, Millersville, MD 21108 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: AGFINANCE.COM | Sep 25 2024 22:39:00 | OneMain Financial Group, LLC, 601 N.W. 2nd St., Evansville, IN 47708-1013 |
| cr | + | EDI: PRA.COM | Sep 25 2024 22:39:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5134080 | | EDI: ATLASACQU | Sep 25 2024 22:39:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5142088 | | Email/Text: notices@bkservicing.com | Sep 25 2024 18:43:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5140484 | + | EDI: TCISOLUTIONS.COM | Sep 25 2024 22:39:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5118918 | + | EDI: CAPITALONE.COM | Sep 25 2024 22:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5136732 | | EDI: CAPITALONE.COM | Sep 25 2024 22:39:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5118919 | + | Email/Text: bankruptcycollections@citadelbanking.com | Sep 25 2024 18:43:00 | Citadel Fcu, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 5118920 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2024 18:53:00 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5118925 | + | EDI: PHINGENESIS | Sep 25 2024 22:39:00 | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 5118916 | | EDI: IRS.COM | Sep 25 2024 22:39:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5118922 | | EDI: BLUESTEM | Sep 25 2024 22:39:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |

| Recipient ID | | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| 5138212 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 18:42:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5142786 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 25 2024 18:43:00 | LakeView Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5450270 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 25 2024 18:43:00 | Lakeview Loan Servicing, LLC, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, Florida 33146-1839 |
| 5450271 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 25 2024 18:43:00 | Lakeview Loan Servicing, LLC, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, Florida 33146, Lakeview Loan Servicing, LLC, c/o Community Loan Servicing, LLC 33146-1839 |
| 5118926 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 25 2024 18:43:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5118928 | + | EDI: MERCEDES | Sep 25 2024 22:39:00 | Mercedes-Benz Financial Services, Po Box 685, Roanoke, TX 76262-0685 |
| 5118929 | | Email/Text: jcissell@bankofmissouri.com | Sep 25 2024 18:43:00 | MidAmerica Bank & Trust Co, P.O. Box 309, Perryville MO 63775-0309 |
| 5514938 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 25 2024 18:43:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5514939 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 25 2024 18:43:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, c/o RightPath Servicing |
| 5118930 | + | EDI: NAVIENTFKASMSERV.COM | Sep 25 2024 22:39:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 5118930 | + | Email/PDF: bankruptcy_prod@navient.com | Sep 25 2024 18:53:35 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 5127857 | | EDI: AGFINANCE.COM | Sep 25 2024 22:39:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5118931 | + | EDI: AGFINANCE.COM | Sep 25 2024 22:39:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 5426196 | | EDI: PRA.COM | Sep 25 2024 22:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5426197 | | EDI: PRA.COM | Sep 25 2024 22:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5143090 | | EDI: PRA.COM | Sep 25 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5119173 | + | EDI: PRA.COM | Sep 25 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5142900 | | EDI: Q3G.COM | Sep 25 2024 22:39:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5118933 | + | EDI: SYNC | Sep 25 2024 22:39:00 | Syncb/wolf Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5142998 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 25 2024 18:43:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 5138908 | | EDI: AIS.COM | Sep 25 2024 22:39:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5118935 | + | EDI: VERIZONCOMB.COM | Sep 25 2024 22:39:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, |

Weldon Spring, MO 63304-2225

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5118923 | | Fortiva, Address removed per entry 19 |
| 5118932 | | Security Check, ADDRESS REMOVED PER ENTRY 10 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5454587 | *+ | Lakeview Loan Servicing, LLC, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, Florida 33146-1839 |
| 5454588 | *+ | Lakeview Loan Servicing, LLC, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, Florida 33146, Lakeview Loan Servicing, LLC, c/o Community Loan Servicing, LLC 33146-1839 |
| 5554402 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, c/o RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5554403 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, c/o RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, c/o RightPath Servicing |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 27, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor LakeView Loan Servicing LLC nj-ecfmail@mwc-law.com |
| Ann E. Swartz | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| Christopher A DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com, cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Gary J Imblum | on behalf of Debtor 1 Gregory B Edwards gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | |
|---|---|
| Mario J. Hanyon | on behalf of Creditor LakeView Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com |
| Matthew K. Fissel | on behalf of Creditor LakeView Loan Servicing LLC matthew.fissel@brockandscott.com, wbecf@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC tue67813@temple.edu |
| Peter E Meltzer | on behalf of Creditor OneMain Financial Group LLC bankruptcy@wglaw.com, ibernatski@wglaw.com |
| Raymond M Kempinski | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ryan Starks | on behalf of Creditor Lakeview Loan Servicing LLC ryan.starks@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Gregory B Edwards,<br>aka Gregory Bruce Edwards, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:18−bk−04343−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 25, 2024

ordsmiss (05/18)