UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Gregory B Edwards aka Gregory Bruce Edwards<br>　　　　　Debtor(s)<br>Lakeview Loan Servicing, LLC., or its Successor or Assignee<br>　　　　　Movant<br>　　　　　vs.<br>Gregory B Edwards aka Gregory Bruce Edwards<br>Jack N Zaharopoulos<br>　　　　　Respondent(s) | Chapter 13<br><br>Bankruptcy No. 1:18-bk-04343-HWV |

## CERTIFICATION OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

    I, Lauren M. Moyer, attorney for Lakeview Loan Servicing, LLC, hereby certify that I served a true and correct copy of the foregoing Notice of Mortgage Payment Change, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: November 4, 2021

| | | |
|---|---|---|
| Gregory B Edwards aka Gregory Bruce Edwards<br>1699 Wind Flower Road<br>Chambersburg, Pennsylvania 17202 | Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, Pennsylvania 17111<br>Attorney for Debtor<br><br>United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, Pennsylvania 17101 | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, Pennsylvania 17036<br>Trustee |

                 /s/ Lauren M. Moyer
                 MARGARET GAIRO, ESQUIRE ID # 34419
                 MARISA MYERS COHEN, ESQUIRE ID #87830
                 LAUREN M. MOYER, ESQUIRE ID # 320589
                 JAMES FRENCH, ESQUIRE ID # 319597
                 Attorney for Lakeview Loan Servicing, LLC
                 123 South Broad Street, Suite 1400
                 Philadelphia, PA 19109
                 Telephone: (215) 790-1010
                 Facsimile: (215) 790-1274
                 Email: ecfmail@mwc-law.com