# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Gregory B. Edwards aka Gregory Bruce Edwards**<br>　　　　　　　　　　　　Debtor(s) | BK NO. 18-04343 HWV<br><br>Chapter 13 |
| **Lakeview Loan Servicing, LLC**<br>　　　　　　　　　　　　Movant<br>vs.<br><br>**Gregory B. Edwards aka Gregory Bruce Edwards**<br>　　　　　　　　　　　　Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　　　　Trustee | Related to Claim No. 12 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 6, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Gregory B. Edwards aka Gregory Bruce Edwards
1699 Wind Flower Road
Chambersburg, PA 17202

<u>Attorney for Debtor(s)</u>
Gary J. Imblum, Esq.
4615 Derry Street
Harrisburg, PA 17111

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>December 6, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Brian C. Nicholas**
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com